**EXHIBIT A**

## Premier Mortgage Funding, Inc.

**Todd Colvin**
Mortgage Banker

3325 Rocky Ridge Plaza, Ste. 215
Birmingham, AL 35243

Office: (205) 979-9965
Fax: (205) 979-4642
Mobile: (205) 746-0384
tcolvin15@yahoo.com


