**EXHIBIT B**

(Image of a check, rotated 90°, from Morgan Title Services, LLC Escrow Trust Account, 3325 Rocky Ridge Plaza, Ste. 213, Vestavia Hills, AL 35243, (205)824-6363. Check #1492, dated 7-29-05, Pay to the order of Elrick Harris, amount $95.21, "Ninety-five 21/100" dollars. Drawn on Compass Bank, Birmingham, AL 35296. Memo: "Cash to Borrower (MT05-2338)". Signed Ernest N. Ebrigough Jr.)





Elrick Harris
4401 S. Slauson Circle
Montgomery, AL 36106

MORGAN TITLE SERVICES
3325 ROCKY RIDGE PLAZA
SUITE 213
VESTAVIA HILLS, AL 35243