EXHIBIT C



Early Warnings    Servicing    Analysis    Details    Help/About    Home

## Single Lender - Originator by Branch
### PREMIER MORTGAGE FUNDING INC - 18492
### Lender Branch Originations by State
Default Choice - Defaults Within the First Two Years
Performance Period: Quarter End Date 06/30/2005
Sort Order by Percent of Default in Descending Order
Active - Terminated - Merged Originating Branches
*Data shown includes all insured single family loans with beginning amortization date between July 1, 2003 and June 30, 2005*

| Rank | State | Branch | Branch Status | Compare Ratio | Total Orig. | Total Defaults by 2 Yr | % Def by 2 Yr | # of Def by 2 Yr to Claim | % of Def by 2 Yr to Claim | State Total Orig | State Total Defaults by 2 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | INDIANA | 1849202596 | A | 1653% | 1 | 1 | 100.00 | 0 | 0.00 | 53,178 | 3,218 |
| 2 | MICHIGAN | 1849200776 | A | 1420% | 1 | 1 | 100.00 | 0 | 0.00 | 56,928 | 4,006 |
| 3 | MICHIGAN | 1849201351 | A | 1420% | 1 | 1 | 100.00 | 0 | 0.00 | 56,928 | 4,006 |
| 4 | TENNESSEE | 1849203402 | T | 2288% | 1 | 1 | 100.00 | 0 | 0.00 | 41,389 | 1,810 |
| 5 | TEXAS | 1849202494 | T | 880% | 4 | 2 | 50.00 | 0 | 0.00 | 201,657 | 11,461 |
| 6 | KANSAS | 1849200333 | T | 1250% | 2 | 1 | 50.00 | 0 | 0.00 | 13,711 | 548 |
| 7 | FLORIDA | 1849201129 | T | 1139% | 2 | 1 | 50.00 | 0 | 0.00 | 88,118 | 3,867 |
| 8 | COLORADO | 1849201079 | T | 792% | 2 | 1 | 50.00 | 1 | 100.00 | 62,411 | 3,938 |
| 9 | COLORADO | 1849204154 | T | 792% | 4 | 2 | 50.00 | 0 | 0.00 | 62,411 | 3,938 |
| 10 | SOUTH CAROLINA | 1849200345 | T | 767% | 17 | 7 | 41.18 | 1 | 14.29 | 13,296 | 714 |
| 11 | FLORIDA | 1849201106 | A | 759% | 3 | 1 | 33.33 | 0 | 0.00 | 88,118 | 3,867 |
| 12 | MARYLAND | 1849203086 | A | 969% | 3 | 1 | 33.33 | 0 | 0.00 | 54,963 | 1,892 |
| 13 | FLORIDA | 1849200508 | T | 651% | 14 | 4 | 28.57 | 0 | 0.00 | 88,118 | 3,867 |
| 14 | ALABAMA | 1849200021 | T | 525% | 8 | 2 | 25.00 | 0 | 0.00 | 23,105 | 1,100 |
| 15 | COLORADO | 1849203028 | T | 396% | 4 | 1 | 25.00 | 0 | 0.00 | 62,411 | 3,938 |
| 16 | TENNESSEE | 1849200819 | T | 572% | 4 | 1 | 25.00 | 0 | 0.00 | 41,389 | 1,810 |
| 17 | NORTH CAROLINA | 1849200219 | T | 421% | 17 | 4 | 23.53 | 0 | 0.00 | 48,242 | 2,699 |
| 18 | OKLAHOMA | 1849202051 | T | 513% | 30 | 7 | 23.33 | 0 | 0.00 | 23,374 | 1,064 |
| 19 | MICHIGAN | 1849200803 | T | 316% | 9 | 2 | 22.22 | 1 | 50.00 | 56,928 | 4,006 |
| 20 | FLORIDA | 1849200202 | T | 488% | 14 | 3 | 21.43 | 0 | 0.00 | 88,118 | 3,867 |
| 21 | UTAH | 1849200986 | T | 459% | 5 | 1 | 20.00 | 0 | 0.00 | 39,217 | 1,708 |
| 22 | FLORIDA | 1849200260 | T | 456% | 10 | 2 | 20.00 | 1 | 50.00 | 88,118 | 3,867 |
| 23 | FLORIDA | 1849200429 | T | 456% | 5 | 1 | 20.00 | 0 | 0.00 | 88,118 | 3,867 |
| 24 | COLORADO | 1849201193 | T | 317% | 5 | 1 | 20.00 | 0 | 0.00 | 62,411 | 3,938 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | TEXAS | 1849200674 | T | 328% | 236 | 44 | 18.64 | 5 | 11.36 | 201,657 | 11,461 |
| 26 | TENNESSEE | 1849200855 | T | 409% | 28 | 5 | 17.86 | 0 | 0.00 | 41,389 | 1,810 |
| 27 | INDIANA | 1849200441 | T | 294% | 253 | 45 | 17.79 | 1 | 2.22 | 53,178 | 3,218 |
| 28 | MICHIGAN | 1849204414 | A | 237% | 6 | 1 | 16.67 | 0 | 0.00 | 56,928 | 4,006 |
| 29 | OREGON | 1849203708 | T | 443% | 6 | 1 | 16.67 | 0 | 0.00 | 16,347 | 615 |
| 30 | FLORIDA | 1849200928 | T | 380% | 6 | 1 | 16.67 | 1 | 100.00 | 88,118 | 3,867 |
| 31 | NORTH CAROLINA | 1849200589 | T | 286% | 25 | 4 | 16.00 | 0 | 0.00 | 48,242 | 2,699 |
| 32 | COLORADO | 1849200441 | T | 250% | 19 | 3 | 15.79 | 0 | 0.00 | 62,411 | 3,938 |
| 33 | SOUTH CAROLINA | 1849200123 | T | 286% | 13 | 2 | 15.38 | 0 | 0.00 | 13,296 | 714 |
| 34 | MISSOURI | 1849202544 | T | 364% | 61 | 9 | 14.75 | 2 | 22.22 | 35,453 | 1,435 |
| 35 | VIRGINIA | 1849203720 | A | 498% | 7 | 1 | 14.29 | 0 | 0.00 | 50,987 | 1,462 |
| 36 | FLORIDA | 1849200730 | T | 326% | 7 | 1 | 14.29 | 0 | 0.00 | 88,118 | 3,867 |
| 37 | ALABAMA | 1849200668 | T | 268% | 47 | 6 | 12.77 | 0 | 0.00 | 23,105 | 1,100 |
| 38 | NORTH CAROLINA | 1849200123 | T | 221% | 89 | 11 | 12.36 | 2 | 18.18 | 48,242 | 2,699 |
| 39 | MARYLAND | 1849200356 | T | 349% | 25 | 3 | 12.00 | 0 | 0.00 | 54,963 | 1,892 |
| 40 | OHIO | 1849200379 | A | 198% | 117 | 13 | 11.11 | 1 | 7.69 | 65,029 | 3,653 |
| 41 | ALABAMA | 1849200412 | T | 233% | 9 | 1 | 11.11 | 0 | 0.00 | 23,105 | 1,100 |
| 42 | FLORIDA | 1849203606 | T | 253% | 9 | 1 | 11.11 | 0 | 0.00 | 88,118 | 3,867 |
| 43 | ILLINOIS | 1849201771 | T | 205% | 9 | 1 | 11.11 | 1 | 100.00 | 70,965 | 3,849 |
| 44 | MICHIGAN | 1849201256 | T | 156% | 73 | 8 | 10.96 | 3 | 37.50 | 56,928 | 4,006 |
| 45 | INDIANA | 1849200718 | T | 178% | 65 | 7 | 10.77 | 2 | 28.57 | 53,178 | 3,218 |
| 46 | INDIANA | 1849200385 | T | 170% | 117 | 12 | 10.26 | 0 | 0.00 | 53,178 | 3,218 |
| 47 | FLORIDA | 1849200724 | A | 217% | 21 | 2 | 9.52 | 1 | 50.00 | 88,118 | 3,867 |
| 48 | KENTUCKY | 1849203063 | T | 221% | 11 | 1 | 9.09 | 0 | 0.00 | 19,561 | 806 |
| 49 | TEXAS | 1849201339 | A | 157% | 146 | 13 | 8.90 | 3 | 23.08 | 201,657 | 11,461 |
| 50 | ALABAMA | 1849201605 | T | 175% | 12 | 1 | 8.33 | 0 | 0.00 | 23,105 | 1,100 |
| 51 | KENTUCKY | 1849200441 | T | 202% | 24 | 2 | 8.33 | 0 | 0.00 | 19,561 | 806 |
| 52 | MISSOURI | 1849200248 | A | 190% | 39 | 3 | 7.69 | 0 | 0.00 | 35,453 | 1,435 |
| 53 | FLORIDA | 1849200310 | T | 142% | 16 | 1 | 6.25 | 0 | 0.00 | 88,118 | 3,867 |
| 54 | FLORIDA | 1849200470 | T | 142% | 32 | 2 | 6.25 | 0 | 0.00 | 88,118 | 3,867 |
| 55 | NORTH CAROLINA | 1849200152 | A | 100% | 161 | 9 | 5.59 | 1 | 11.11 | 48,242 | 2,699 |
| 56 | FLORIDA | 1849200225 | A | 120% | 19 | 1 | 5.26 | 0 | 0.00 | 88,118 | 3,867 |
| 57 | FLORIDA | 1849200009 | A | 114% | 40 | 2 | 5.00 | 0 | 0.00 | 88,118 | 3,867 |
| 58 | TENNESSEE | 1849200015 | T | 109% | 21 | 1 | 4.76 | 0 | 0.00 | 41,389 | 1,810 |
| 59 | FLORIDA | 1849200558 | T | 105% | 65 | 3 | 4.62 | 0 | 0.00 | 88,118 | 3,867 |
| 60 | ARKANSAS | 1849200572 | A | 135% | 68 | 3 | 4.41 | 0 | 0.00 | 16,612 | 542 |
| 61 | TEXAS | 1849204834 | A | 70% | 25 | 1 | 4.00 | 0 | 0.00 | 201,657 | 11,461 |
| 62 | FLORIDA | 1849201316 | T | 88% | 26 | 1 | 3.85 | 0 | 0.00 | 88,118 | 3,867 |
| 63 | MARYLAND | 1849200753 | T | 112% | 52 | 2 | 3.85 | 0 | 0.00 | 54,963 | 1,892 |
| 64 | MICHIGAN | 1849201237 | T | 55% | 26 | 1 | 3.85 | 0 | 0.00 | 56,928 | 4,006 |
| 65 | FLORIDA | 1849202290 | A | 81% | 28 | 1 | 3.57 | 0 | 0.00 | 88,118 | 3,867 |
| 66 | NORTH CAROLINA | 1849201885 | T | 60% | 30 | 1 | 3.33 | 0 | 0.00 | 48,242 | 2,699 |
| 67 | FLORIDA | 1849200084 | T | 68% | 67 | 2 | 2.99 | 0 | 0.00 | 88,118 | 3,867 |

| 68 | INDIANA | 1849201975 | A | 47% | 35 | 1 | 2.86 | 0 | 0.00 | 53,178 | 3,218 |
| 69 | FLORIDA | 1849200175 | A | 58% | 117 | 3 | 2.56 | 0 | 0.00 | 88,118 | 3,867 |
| 70 | OHIO | 1849201214 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 71 | OHIO | 1849202407 | A | 0% | 9 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 72 | OHIO | 1849202596 | A | 0% | 5 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 73 | OHIO | 1849202725 | A | 0% | 19 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 74 | OHIO | 1849202777 | A | 0% | 12 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 75 | OHIO | 1849203448 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 76 | OHIO | 1849203930 | A | 0% | 2 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 77 | IOWA | 1849203976 | A | 0% | 3 | 0 | 0.00 | 0 | -- | 8,646 | 345 |
| 78 | OHIO | 1849204699 | A | 0% | 2 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 79 | OHIO | 1849205592 | A | 0% | 5 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 80 | OHIO | 1849205665 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 65,029 | 3,653 |
| 81 | TEXAS | 1849203209 | A | 0% | 15 | 0 | 0.00 | 0 | -- | 201,657 | 11,461 |
| 82 | TEXAS | 1849205954 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 201,657 | 11,461 |
| 83 | KANSAS | 1849202958 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 13,711 | 548 |
| 84 | KANSAS | 1849205426 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 13,711 | 548 |
| 85 | INDIANA | 1849200009 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 53,178 | 3,218 |
| 86 | FLORIDA | 1849200391 | A | 0% | 7 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 87 | FLORIDA | 1849201476 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 88 | FLORIDA | 1849201482 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 89 | FLORIDA | 1849201686 | A | 0% | 25 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 90 | FLORIDA | 1849201844 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 91 | FLORIDA | 1849202600 | A | 0% | 33 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 92 | FLORIDA | 1849202879 | A | 0% | 11 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 93 | INDIANA | 1849202929 | A | 0% | 12 | 0 | 0.00 | 0 | -- | 53,178 | 3,218 |
| 94 | INDIANA | 1849204805 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 53,178 | 3,218 |
| 95 | FLORIDA | 1849204811 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 96 | FLORIDA | 1849205239 | A | 0% | 19 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |
| 97 | INDIANA | 1849205412 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 53,178 | 3,218 |
| 98 | INDIANA | 1849205432 | A | 0% | 4 | 0 | 0.00 | 0 | -- | 53,178 | 3,218 |
| 99 | INDIANA | 1849205449 | A | 0% | 7 | 0 | 0.00 | 0 | -- | 53,178 | 3,218 |
| 100 | FLORIDA | 1849205744 | A | 0% | 1 | 0 | 0.00 | 0 | -- | 88,118 | 3,867 |

**Displaying records 1 to 100 out of a total number of 325 records**
Download this report to an Excel file [Help]    **Next**

## Report Totals

| *Met Search Parameters columns reflect all records that met the criteria identified below in Output Options. Universe reflects totals for all loans. | | Met Search Parameters | | Universe | |
|---|---|---|---|---|---|
| | | Total | Percentage | Total | Percentage |
| **Output Records** | Records for States in the United States | 325 | -- | 325 | -- |
| **Originations** | Total Originations | 3,817 | -- | 3,817 | -- |

| Defaults | Defaults by 2 Years | 286 | 7.49 | 286 | 7.49 |
| Claims | Defaults by 2 years to Claim | 27 | 9.44 | 27 | 9.44 |

**Report Summary**

**Report Run:** July 13, 2006

**Output Options:** Data includes Lender loan types between 1 and 9999999 total originations and between 0 and 9999999 total defaults and between 0 and 9999999 compare ratio in States.

Loan Type(s): All Loans

⤴ Links to a graph displaying Lender's quarterly data.

