EXHIBIT D



Early Warnings | Servicing | Analysis | Details | Help/About | Home

| Lender Summary: | PREMIER MORTGAGE FUNDING INC | | |
|---|---|---|---|
| Institution ID: | 18492 | Total Branch Offices: | 843 |
| Mortgagee Type: | Loan Correspondent | Branch Office Status: | 314 active / 529 term |
| Institution Type: | Non-Supervised Loan Correspondent Mortgagee | Direct Lending Branch(s): | 1 |
| | | Credit Watch: | 0 Terminated |

Loan Correspondent for ....... 101 Sponsoring Mortgagees   88 Active / 3 Merged / 10 Terminated

Click on the Branch ID to view Areas Approved for Business and final Credit Watch Termination actions

| Branch ID | Phone | Address City/St/Zip | FHA Approval Status | Authorized Date | Term/ Merged Date | |
|---|---|---|---|---|---|---|
| Home Office 00009 | (727) 592-0838 | 3001 EXECUTIVE DR STE 330 CLEARWATER, FL  33762 | Active | 03/27/2002 | | |
| 00668 | (205) 953-4756 | 4616 AVENUE P BIRMINGHAM, AL  35208 | Terminated | 02/24/2003 | 02/11/2005 | |
| 03562 | (205) 453-0144 | 2080 VALLEYDALE RD STE 16 BIRMINGHAM, AL  35244 | Terminated | 04/15/2004 | 06/22/2005 | |
| 04840 | (205) 422-4341 | 500 GENE REED RD STE 103 BIRMINGHAM, AL  35215 | Terminated | 07/15/2004 | 09/22/2004 | |
| 05983 | (205) 969-4873 | 3325 ROCKY RIDGE PLZ STE 215 BIRMINGHAM, AL  35243 | Terminated | 11/05/2004 | 01/12/2006 | |
| 06864 | (205) 982-0308 | 221 LORNA SQ BIRMINGHAM, AL  35216 | Active | 07/13/2005 | | |
| 07269 | (205) 241-8055 | 2 20TH ST N STE 1010 BIRMINGHAM, AL  35203 | Active | 08/04/2005 | | |
| 07774 | (205) 313-3915 | 2820 COLUMBIANA RD STE 210 BIRMINGHAM, AL  35216 | Active | 12/30/2005 | | |
| 08235 | (205) 995-6474 | 464 CAHABA PARK CIR BIRMINGHAM, AL  35242 | Active | 05/15/2006 | | |
| 03011 | (205) 785-6446 | 5118 VALLEY RD FAIRFIELD, AL  35064 | Active | 03/09/2004 | | |
| 06791 | (205) 631-1824 | 3524 DECATUR HWY FULTONDALE, AL  35068 | Terminated | 06/23/2005 | 11/09/2005 | |
| 00021 | (256) 774-7898 | 3809 SULLIVAN STREET SUITE-4 MADISON, AL  35758 | Terminated | 04/24/2002 | 03/03/2004 | |
| 07173 | (256) 258-0175 | 9694 MADISON BLVD STE B3 MADISON, AL  35758 | Active | 07/19/2005 | | |
| 03339 | (251) 607-9022 | 800 HILLCREST RD BLDG 2 MOBILE, AL  36695 | Terminated | 04/07/2004 | 03/01/2005 | |
| 04971 | (251) 343-1735 | 4377 DOWNTOWNER LOOP S MOBILE, AL  36609 | Terminated | 07/21/2004 | 05/13/2005 | |

| | | | | | |
|---|---|---|---|---|---|
| 06631 | (251) 402-5340 | 165 W I65 SERVICE RD N<br>MOBILE, AL 36608 | Terminated | 05/20/2005 | 08/08/2005 |
| 01605 | (205) 664-4447 | 2976 PELHAM PARKWAY STE B-2<br>PELHAM, AL 35124 | Terminated | 10/16/2003 | 03/14/2005 |
| 00412 | (251) 675-2750 | 403 A HIGHWAY 43<br>SARALAND, AL 36571 | Terminated | 10/02/2002 | 07/23/2004 |
| 02442 | (205) 887-5626 | 1514 SKYLAND BOULEVARD STE-282<br>TUSCALOOSA, AL 35405 | Terminated | 01/13/2004 | 07/23/2004 |
| 07541 | (205) 349-4009 | 2504 7TH ST STE B<br>TUSCALOOSA, AL 35401 | Active | 09/30/2005 | |
| 00297 | (479) 754-2105 | 318 A SOUTH ROGERS<br>CLARKSVILLE, AR 72830 | Terminated | 08/29/2002 | 05/30/2003 |
| 04522 | (479) 754-4007 | 1118 S ROGERS ST<br>CLARKSVILLE, AR 72830 | Terminated | 06/25/2004 | 07/22/2004 |
| 07491 | (479) 754-4007 | 1128 S ROGERS ST<br>CLARKSVILLE, AR 72830 | Terminated | 09/12/2005 | 07/05/2006 |
| 01266 | (501) 932-0545 | 821 HOGAN LN STE 300<br>CONWAY, AR 72034 | Terminated | 08/14/2003 | 02/27/2006 |
| 05041 | (479) 582-3338 | 26 E MEADOW ST STE 3<br>FAYETTEVILLE, AR 72701 | Terminated | 07/27/2004 | 01/12/2006 |
| 00572 | (479) 996-8300 | 8 WEST ATLANTA<br>GREENWOOD, AR 72936 | Active | 12/17/2002 | |
| 00277 | (501) 907-5009 | 415 N MCKINLEY ST STE 340<br>LITTLE ROCK, AR 72205 | Active | 08/29/2002 | |
| 03244 | (501) 821-6628 | 8 SHACKLEFORD PLZ STE 205<br>LITTLE ROCK, AR 72211 | Terminated | 04/07/2004 | 11/29/2004 |
| 07383 | (501) 801-8800 | 2725 CANTRELL RD STE 201<br>LITTLE ROCK, AR 72202 | Terminated | 08/30/2005 | 02/02/2006 |
| 04597 | (479) 636-1886 | 321 W POPLAR ST<br>ROGERS, AR 72756 | Terminated | 06/30/2004 | 02/14/2005 |
| 07882 | (479) 471-7150 | 615 MAIN ST<br>VAN BUREN, AR 72956 | Active | 02/15/2006 | |
| 06619 | (870) 247-8500 | 6210 DOLLARWAY RD STE 2A<br>WHITE HALL, AR 71602 | Terminated | 05/16/2005 | 04/06/2006 |
| 03585 | (818) 709-6255 | 9532 TOPANGA CANYON BLVD<br>CHATSWORTH, CA 91311 | Terminated | 04/16/2004 | 11/03/2004 |
| 02226 | (925) 673-0400 | 5167 CLAYTON RD STE G<br>CONCORD, CA 94521 | Terminated | 12/04/2003 | 01/26/2005 |
| 04489 | (909) 372-8560 | 80 W GRAND BLVD STE 115<br>CORONA, CA 92882 | Active | 06/21/2004 | |
| 04125 | (916) 526-2720 | 9018 LEATHAN AVENUE<br>FAIR OAKS, CA 95628 | Terminated | 05/18/2004 | 07/08/2004 |
| 04312 | (877) 294-0594 | 13405 FOLSOM BLVD STE 150<br>FOLSOM, CA 95630 | Active | 06/01/2004 | |
| 07275 | (559) 439-3580 | 600 W LOCUST AVE<br>FRESNO, CA 93650 | Active | 08/05/2005 | |
| 04119 | (510) 583-7200 | 22314 FOOTHILL BLVD<br>HAYWOOD, CA 94541 | Terminated | 05/18/2004 | 12/20/2004 |
| 05108 | (714) 791-9653 | 34 EXECUTIVE PARK STE 270<br>IRVINE, CA 92614 | Terminated | 08/10/2004 | 12/21/2004 |

| | | | | | |
|---|---|---|---|---|---|
| 03250 | (858) 456-3591 | 7825 FAY AVE STE 229<br>LA JOLLA, CA 92037 | Terminated | 04/07/2004 | 07/13/2004 |
| 04927 | (661) 940-7677 | 532 W MILLING ST<br>LANCASTER, CA 93534 | Terminated | 07/20/2004 | 05/05/2005 |
| 03273 | (562) 856-3611 | 4242 4TH STREET<br>LONG BEACH, CA 90814 | Terminated | 04/07/2004 | 08/05/2004 |
| 07751 | (916) 646-5652 | 3318 HOWARD ST STE 160-170<br>MCCLELLAN, CA 95652 | Active | 12/30/2005 | |
| 04682 | (909) 397-9797 | 101 W MISSION BLVD STE 222<br>POMONA, CA 91766 | Terminated | 07/01/2004 | 07/05/2006 |
| 03556 | (909) 987-3288 | 10970 ARROW ROUTE SUITE 210<br>RANCHO CUCAMONGA, CA 91730 | Terminated | 04/14/2004 | 08/09/2004 |
| 06323 | (800) 290-6762 | 2020 IOWA AVE STE A101<br>RIVERSIDE, CA 92507 | Terminated | 12/07/2004 | 04/18/2006 |
| 03629 | (619) 758-0525 | 3205 MIDWAY DR STE D<br>SAN DIEGO, CA 92110 | Terminated | 04/16/2004 | 10/20/2005 |
| 06371 | (877) 842-5626 | 525 B ST STE 1576<br>SAN DIEGO, CA 92101 | Terminated | 12/07/2004 | 01/24/2005 |
| 06365 | (714) 429-0973 | 6 HUTTON CENTRE DRIVE 11TH-FL<br>SANTA ANA, CA 92707 | Terminated | 12/07/2004 | 01/26/2005 |
| 04233 | (661) 298-2104 | 28100 BOUQUET CANYON RD STE 20<br>SANTA CLARITA, CA 91350 | Active | 05/27/2004 | |
| 02357 | (818) 501-4200 | 4533 VAN NUYS BLVD STE 302<br>SHERMAN OAKS, CA 91403 | Terminated | 01/08/2004 | 07/01/2004 |
| 02167 | (714) 744-4517 | 1254 IRVING ROAD SUITE 100<br>TUSTIN, CA 92780 | Terminated | 12/04/2003 | 03/18/2004 |
| 04466 | (714) 259-1500 | 1421 WARNER AVE STE F<br>TUSTIN, CA 92780 | Terminated | 06/17/2004 | 01/18/2005 |
| 02080 | (714) 271-2400 | 21520 G YORBA LINDA BOULEVARD<br>YORBA LINDA, CA 92887 | Terminated | 11/26/2003 | 07/30/2004 |
| 01628 | (720) 747-9885 | 10700 EAST BETHANY DR STE 110<br>AURORA, CO 80014 | Terminated | 10/16/2003 | 07/22/2004 |
| 02068 | (720) 277-4954 | 2993 S PEORIA STREET STE G-10<br>AURORA, CO 80014 | Terminated | 11/24/2003 | 01/28/2004 |
| 01555 | (303) 327-1492 | 370 INTERLOCKEN BLVD STE 400<br>BROOMFIELD, CO 80021 | Terminated | 09/26/2003 | 03/30/2004 |
| 04857 | (720) 227-9210 | 7437 VILLAGE SQUARE DR STE 210<br>CASTLE ROCK, CO 80108 | Terminated | 07/15/2004 | 09/23/2004 |
| 03028 | (303) 996-0277 | 7500 E ARAPAHOE RD STE 250<br>CENTENNIAL, CO 80112 | Terminated | 03/12/2004 | 10/06/2004 |
| 01062 | (719) 578-1076 | 25 NO.TEJON ST.2ND FLOOR<br>COLORADO SPRINGS, CO 80903 | Terminated | 07/08/2003 | 09/23/2004 |
| 01164 | (719) 590-4115 | 1115 ELKTON DRIVE SUITE-300<br>COLORADO SPRINGS, CO 80907 | Terminated | 07/31/2003 | 11/19/2003 |
| 01561 | (719) 339-6035 | 4747 FLINTRIDGE RD STE 253<br>COLORADO SPRINGS, CO 80918 | Terminated | 10/01/2003 | 10/21/2003 |
| 01079 | (303) 388-7937 | 2050 S ONEIDA STREET STE-102<br>DENVER, CO 80224 | Terminated | 07/08/2003 | 10/16/2003 |
| 01193 | (303) 695-4398 | 10890 E DARTMOUTH AVE<br>DENVER, CO 80014 | Terminated | 07/31/2003 | 08/02/2004 |

| ID | Phone | Address | Status | Date 1 | Date 2 |
|---|---|---|---|---|---|
| 01368 | (303) 667-7631 | 4230 TENNYSON STREET<br>DENVER, CO 80212 | Terminated | 09/16/2003 | 12/17/2003 |
| 01900 | (303) 531-7651 | 1660 S ALBION ST STE 519<br>DENVER, CO 80222 | Terminated | 11/17/2003 | 05/26/2004 |
| 02538 | (303) 639-9200 | 2055 S ONEIDA ST STE 380<br>DENVER, CO 80224 | Terminated | 01/13/2004 | 04/23/2004 |
| 06660 | (303) 785-2884 | 3515 S TAMARAC DR STE 200<br>DENVER, CO 80237 | Terminated | 05/20/2005 | 11/04/2005 |
| 06691 | (303) 756-7300 | 2696 S COLORADO BLVD STE 550<br>DENVER, CO 80222 | Active | 05/20/2005 | |
| 02623 | (303) 996-1419 | 1660 SOUTH ALBION<br>DENVER, CO 80222 | Terminated | 01/16/2004 | 02/17/2004 |
| 01946 | (303) 669-1631 | 770 W HAMPDEN AVENUE SUITE 170<br>ENGLEWOOD, CO 80110 | Terminated | 11/17/2003 | 05/17/2006 |
| 03188 | (720) 200-6671 | 6500 S QUEBEC ST<br>ENGLEWOOD, CO 80111 | Terminated | 03/26/2004 | 07/23/2004 |
| 07462 | (303) 256-8055 | 9800 MT PYRAMID CT STE 400<br>ENGLEWOOD, CO 80112 | Terminated | 09/12/2005 | 12/08/2005 |
| 02334 | (970) 330-5882 | 5586 WEST 19TH STREET STE-130<br>GREELEY, CO 80634 | Terminated | 01/06/2004 | 05/17/2004 |
| 05948 | (720) 493-8666 | 5555 DTC PKWY STE B2100<br>GREENWOOD VILLAGE, CO 80111 | Terminated | 11/04/2004 | 08/05/2005 |
| 02844 | (303) 409-7678 | 8400 EAST PRENTICE AVENUE<br>GREENWOOD VILLAGE, CO 80111 | Terminated | 02/19/2004 | 03/15/2004 |
| 05688 | (720) 974-7506 | 5300 DTC PKWY STE 200<br>GREENWOOD VILLAGE, CO 80111 | Terminated | 10/22/2004 | 11/23/2004 |
| 05403 | (970) 513-8010 | 6655 W JEWELL AVE STE 218<br>LAKEWOOD, CO 80232 | Terminated | 09/22/2004 | 05/02/2005 |
| 02386 | (720) 283-8868 | 1800 W LITTLETON BLVD<br>LITTLETON, CO 80120 | Terminated | 01/13/2004 | 02/28/2006 |
| 04154 | (303) 346-0888 | 8361 S SANGRE DECRISTO RD 210<br>LITTLETON, CO 80127 | Terminated | 05/19/2004 | 02/10/2005 |
| 03425 | (877) 297-5271 | 11479 S PINE DR<br>PARKER, CO 80134 | Terminated | 04/09/2004 | 07/22/2004 |
| 02471 | (970) 879-8820 | 1205 HILLTOP PKWY<br>STEAMBOAT SPRINGS, CO 80487 | Terminated | 01/13/2004 | 08/16/2004 |
| 06937 | (303) 343-9100 | 325 S ALMSTEAD RD<br>WATKINS, CO 80137 | Terminated | 07/15/2005 | 12/23/2005 |
| 00928 | (800) 454-9536 | 1301 SEMINOLE BLVD. # 174<br>LARGO, FL 33770 | Terminated | 05/16/2003 | 03/14/2006 |
| 02912 | (386) 418-8095 | 15615 NW US HIGHWAY 441<br>ALACHUA, FL 32615 | Terminated | 02/25/2004 | 03/18/2004 |
| 02783 | (407) 295-0142 | 370 CENTER POINTE CIR STE 1166<br>ALTAMONTE SPRINGS, FL 32701 | Terminated | 02/18/2004 | 09/28/2004 |
| 04811 | (352) 262-0992 | 411 W LAKE BRANTLEY RD<br>ALTAMONTE SPRINGS, FL 32714 | Active | 07/13/2004 | |
| 07348 | (321) 251-5256 | 165 MONTGOMERY RD<br>ALTAMONTE SPRINGS, FL 32714 | Active | 08/05/2005 | |
| 08060 | (407) 261-8940 | 498 PALM SPRINGS DR STE 100<br>ALTAMONTE SPRINGS, FL 32701 | Active | 03/28/2006 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05239 | (813) 645-5552 | 1436 APOLLO BEACH BLVD APOLLO BEACH, FL 33572 | Active | 08/20/2004 | | |
| 02906 | (407) 880-6880 | 174 SEMORAN COMMERCE PL STE A1 APOPKA, FL 32703 | Terminated | 02/25/2004 | 06/01/2005 | |
| 07650 | (904) 247-8396 | 645 MAYPORT RD STE 4F ATLANTIC BEACH, FL 32233 | Active | 11/21/2005 | | |
| 00957 | (561) 241-0777 | 1001 YAMATO RD STE 310 BOCA RATON, FL 33431 | Terminated | 05/28/2003 | 06/13/2006 | CA SO MORT( |
| 01091 | (561) 210-8727 | 40 SE 5TH ST STE 405 BOCA RATON, FL 33432 | Terminated | 07/08/2003 | 02/10/2005 | |
| 04262 | (561) 447-0333 | 1515 N FEDERAL HWY STE 300 BOCA RATON, FL 33432 | Terminated | 05/27/2004 | 02/07/2005 | |
| 00622 | (239) 948-9080 | 25357 LUCI DR BONITA SPRINGS, FL 34135 | Terminated | 02/04/2003 | 01/24/2005 | |
| 05478 | (239) 444-1773 | 27499 RIVERVIEW CENTER BLVD BONITA SPRINGS, FL 34134 | Active | 09/30/2004 | | |
| 03664 | (941) 752-6011 | 6815 14TH ST W STE 202 BRADENTON, FL 34207 | Terminated | 04/23/2004 | 03/02/2006 | |
| 07036 | (941) 782-5305 | 6150 E STATE ROAD 70 BRADENTON, FL 34203 | Terminated | 07/18/2005 | 11/14/2005 | |
| 03375 | (813) 654-9338 | 1411 OAKFIELD DR BRANDON, FL 33511 | Terminated | 04/08/2004 | 01/12/2006 | |

Displaying records 1 to 100 out of a total number of 843 records
Download this report to an Excel file [ Help]     Next





Early Warnings    Servicing    Analysis    Details    Help/About    Home

| Active Sponsoring Mortgagees for PREMIER MORTGAGE FUNDING INC (18492) ||||
|---|---|---|---|
| Lender ID | Phone | Lender Name City/St/Zip | FHA Approval Status |
| 12941 | (888) 226-4097 | ABN AMRO MORTGAGE GROUP INC ANN ARBOR, MI 48108 | Active |
| 39194 | (713) 458-6637 | AEGIS WHOLESALE CORPORATION HOUSTON, TX 77042 | Active |
| 19112 | (801) 601-2220 | AFFORDABLE HOME LOANS INC MIDVALE, UT 84047 | Active |
| 78518 | (610) 668-2745 | ALLIED MORTGAGE GROUP INC BALA CYNWYD, PA 19004 | Active |
| 76993 | (631) 622-2800 | AMERICAN HOME MORTGAGE CORP MELVILLE, NY 11747 | Active |
| 72505 | (800) 700-0263 | AMERICAN MORTGAGE EXPRESS FINL SAN DIEGO, CA 92121 | Active |
| 17881 | (858) 909-1200 | AMERICAN MORTGAGE NETWORK SAN DIEGO, CA 92121 | Active |
| 16638 | (405) 848-3600 | AMERICAN SOUTHWEST MORTGAGE CORP OKLAHOMA CITY, OK 73116 | Active |
| 20107 | (602) 567-1799 | AMPRO MORTGAGE CORPORATION PHOENIX, AZ 85029 | Active |
| 75031 | (215) 639-8520 | ARLINGTON CAPITAL MORTGAGE BENSALEM,PA, DE 19020 | Active |
| 10757 | (720) 945-3000 | AURORA LOAN SERVICES LLC LITTLETON, CO 80124 | Active |
| 73076 | (410) 859-4100 | BALTIMORE AMERICAN MTG CORP HANOVER, MD 21076 | Active |
| 13065 | (704) 387-1067 | BANK OF AMERICA NA CHARLOTTE CHARLOTTE, NC 28255 | Active |
| 16203 | (800) 613-3078 | BSM FINANCIAL LP ALLEN, TX 75013 | Active |
| 71587 | (215) 293-6800 | CARDINAL FINANCIAL COMPANY WARMINSTER, PA 18974 | Active |
| 24893 | (636) 261-2484 | CITIMORTGAGE INC O FALLON, MO 63368 | Active |
| 23046 | (713) 458-5660 | CLASSIC HOME LENDING INC HOUSTON, TX 77042 | Active |
| 76159 | (516) 931-5005 | COASTAL CAPITAL CORP GREENVALE, NY 11548 | Active |
| 78698 | (303) 771-8282 | COMMUNITY MORTGAGE GROUP INC LITTLETON, CO 80129 | Active |

https://entp.hud.gov/sfnw/public/lend_relation.cfm?lendlist=18492&showit=other&status=A    7/13/2006

| | | | |
|---|---|---|---|
| 23449 | (513) 871-6888 | CONGLOMERATED MORTGAGE SERVICES INC<br>CINCINNATI, OH   45208 | Active |
| 14319 | (501) 604-5626 | CORNERSTONE MORTGAGE CENTER INC<br>LITTLE ROCK, AR   72211 | Active |
| 64141 | (800) 669-6607 | COUNTRYWIDE HOME LOANS INC<br>CALABASAS, CA   91302 | Active |
| 11739 | (801) 924-1888 | DIRECT MORTGAGE CORP<br>MIDVALE, UT   84047 | Active |
| 77678 | (312) 346-8600 | DRAPER AND KRAMER MORTGAGE<br>LOMBARD, IL   60148 | Active |
| 79878 | (954) 894-0000 | FEDERALGUARANTY MORTGAGE COMPANY<br>PEMBROKE PINES, FL   33028 | Active |
| 76294 | (443) 503-0300 | FIDELITY HOME MORTGAGE CORPORATION<br>BALTIMORE, MD   21224 | Active |
| 10155 | (949) 923-3800 | FINANCIAL FREEDOM SENIOR FUNDING CORP<br>IRVINE, CA   92618 | Active |
| 16068 | (914) 712-9300 | FIRST ALTERNATIVE MORTGAGE CORP<br>NEW ROCHELLE, NY   10801 | Active |
| 76690 | (617) 232-9000 | FIRST AMERICAN MORTGAGE TRUST<br>BROOKLINE, MA   02445 | Active |
| 70285 | (870) 932-6693 | FIRST HOME MORTGAGE INC<br>JONESBORO, AR   72401 | Active |
| 15565 | (214) 441-5304 | FIRST HORIZON HOME LOAN CORPORATION<br>IRVING, TX   75063 | Active |
| 79794 | (520) 745-5100 | FIRST MAGNUS FINANCIAL CORP<br>TUCSON, AZ   85711 | Active |
| 10584 | (410) 558-4118 | FIRST MARINER BANK<br>BALTIMORE, MD   21224 | Active |
| 74385 | (609) 663-7800 | FIRST MUTUAL CORP<br>CHERRY HILL, NJ   08002 | Active |
| 10153 | (336) 668-9144 | FNB SOUTHEAST<br>GREENSBORO, NC   27410 | Active |
| 77848 | (615) 778-1000 | FRANKLIN AMERICAN MORTGAGE CO<br>FRANKLIN, TN   37067 | Active |
| 19386 | (713) 339-8960 | FRANKLIN BANK SSB<br>HOUSTON, TX   77042 | Active |
| 77745 | (215) 591-0222 | GATEWAY FUNDING DIVERSIFIED MTG SRVS LP<br>HORSHAM, PA   19044 | Active |
| 18037 | (215) 682-3225 | GMAC BANK<br>HORSHAM, PA   19044 | Active |
| 64476 | (414) 362-4000 | GN MORTGAGE LLC<br>MILWAUKEE, WI   53209 | Active |
| 79215 | (512) 434-5522 | GUARANTY BANK<br>AUSTIN, TX   78746 | Active |
| 49540 | (615) 895-5101 | GUARANTY TRUST COMPANY<br>MURFREESBORO, TN   37129 | Active |
| 74512 | (716) 651-6100 | HSBC MORTGAGE CORPORATION<br>DEPEW, NY   14043 | Active |
| 71247 | (614) 480-6280 | HUNTINGTON NATIONAL BANK<br>COLUMBUS, OH   43215 | Active |

| | | | |
|---|---|---|---|
| 13779 | (317) 537-3408 | IRWIN MORTGAGE CORPORATION<br>FISHERS, IN 46037 | Active |
| 30141 | (732) 452-8000 | JPMORGAN CHASE BANK NA<br>ISELIN, NJ 08830 | Active |
| 16396 | (502) 564-7630 | KENTUCKY HOUSING CORPORATION<br>FRANKFORT, KY 40601 | Active |
| 77506 | (302) 654-4250 | LEHMAN BROTHERS BANK FSB<br>WILMINGTON, DE 19801 | Active |
| 74289 | (408) 281-3600 | LOANCITY<br>SAN JOSE, CA 95123 | Active |
| 75864 | (716) 848-4848 | M AND T MORTGAGE CORPORATION<br>BUFFALO, NY 14203 | Active |
| 76156 | (248) 624-7700 | MERCURY FINANCIAL INC<br>SOUTHFIELD, MI 48076 | Active |
| 76713 | (616) 385-3400 | MORTGAGE PLUS OF AMERICA CORP<br>KALAMAZOO, MI 49009 | Active |
| 14636 | (212) 651-7700 | MORTGAGEIT INC<br>NEW YORK, NY 10038 | Active |
| 13024 | (317) 267-6224 | NATIONAL CITY BANK INDIANA<br>INDIANAPOLIS, IN 46255 | Active |
| 13519 | (800) 815-1816 | NBANK NA<br>COMMERCE, GA 30529 | Active |
| 20769 | (727) 282-3566 | NEIGHBORHOOD FUNDING INC<br>TAMPA, FL 33609 | Active |
| 76062 | (800) 933-2890 | NETBANK<br>COLUMBIA, SC 29223 | Active |
| 79002 | (949) 440-7030 | NEW CENTURY MORTGAGE CORP<br>IRVINE, CA 92612 | Active |
| 79272 | (801) 493-2700 | NEW FREEDOM MORTGAGE CORP<br>SALT LAKE CITY, UT 84109 | Active |
| 15124 | (816) 237-7000 | NOVASTAR MORTGAGE INC<br>KANSAS CITY, MO 64114 | Active |
| 16840 | (972) 818-5626 | NTFN INC<br>PLANO, TX 75093 | Active |
| 18039 | (734) 422-2003 | PLYMOUTH EXCHANGE MORTGAGE CORPORATION<br>LIVONIA, MI 48154 | Active |
| 18211 | (616) 667-9000 | POLARIS HOME FUNDING CORPORATION<br>GRANDVILLE, MI 49418 | Active |
| 15382 | (615) 907-0447 | PROFESSIONAL MORTGAGE GROUP<br>MURFREESBORO, TN 37129 | Active |
| 49001 | (901) 580-6000 | REGIONS BANK<br>CORDOVA, TN 38016 | Active |
| 17569 | (801) 288-9400 | REPUBLIC MORTGAGE HOME LOANS LLC<br>SALT LAKE CITY, UT 84107 | Active |
| 64788 | (858) 558-2700 | SCME MORTGAGE BANKERS INC<br>SAN DIEGO, CA 92122 | Active |
| 18514 | (972) 862-5012 | SEBRING CAPITAL PARTNERS LP<br>CARROLLTON, TX 75007 | Active |
| 76206 | (732) 738-7100 | SECURITY ATLANTIC MORTGAGE CO<br>EDISON, NJ 08837 | Active |

| | | | |
|---|---|---|---|
| 76355 | (801) 264-8111 | SECURITYNATIONAL MORTGAGE COMPANY<br>MURRAY, UT  84123 | Active |
| 72856 | (630) 916-9299 | SGB CORPORATION<br>OAKBROOK TERRACE, IL  60181 | Active |
| 71845 | (313) 433-3300 | SHORE FINANCIAL SERVICES INC<br>BIRMINGHAM, MI  48009 | Active |
| 15033 | (630) 627-2858 | ST FRANCIS MORTGAGE CORPORATION<br>OAKBROOK TERRACE, IL  60181 | Active |
| 54179 | (800) 330-4684 | SUNTRUST MORTGAGE INC<br>RICHMOND, VA  23224 | Active |
| 74991 | (352) 351-1109 | TBW INC<br>OCALA, FL  34470 | Active |
| 79529 | (407) 667-1780 | TRANSLAND FINANCIAL SERVICES INC<br>MAITLAND, FL  32751 | Active |
| 72517 | (630) 571-7222 | UNITED FINANCIAL MORTGAGE CORP<br>OAK BROOK, IL  60523 | Active |
| 05436 | (800) 758-4063 | UNIVERSAL LENDING CORPORATION<br>DENVER, CO  80224 | Active |
| 76323 | (262) 292-0300 | UNIVERSAL MORTGAGE CORPORATION<br>MEQUON, WI  53092 | Active |
| 70819 | (414) 220-8700 | UNIVERSAL SAVINGS BANK<br>MILWAUKEE, WI  53203 | Active |
| 16001 | (800) 365-5858 | US BANK NA<br>MINNEAPOLIS, MN  55402 | Active |
| 71406 | (616) 940-3000 | VAN DYK MORTGAGE CORPORATION<br>GRAND RAPIDS, MI  49546 | Active |
| 35214 | (919) 852-6000 | WACHOVIA MORTGAGE CORPORATION<br>RALEIGH, NC  27607 | Active |
| 73815 | (949) 833-4742 | WASHINGTON MUTUAL BANK FA<br>HENDERSON, NV  89014 | Active |
| 21820 | (734) 662-9733 | WASHTENAW MORTGAGE CO<br>ANN ARBOR, MI  48108 | Active |
| 06060 | (888) 681-7788 | WEBSTER BANK<br>CHESHIRE, CT  06410 | Active |
| 22995 | (800) 222-3408 | WELLS FARGO BANK NA<br>DES MOINES, IA  50328 | Active |
| 16798 | (703) 643-1002 | WESTSTAR MORTGAGE CORP INC<br>WOODBRIDGE, VA  22192 | Active |

Displaying records 1 to 88 out of a total number of 88 records
Download this report to an Excel file [ Help ]

