```
Civil Name Search Results
11 Total Case matches for selection PREMIER MORTGAGE FUNDING for ALL COURTS
Thu Jul 13 12:17:58 CDT 2006


Name                                              Court      Case No.          Filed

PREMIER MORTGAGE FUNDING                          miwdce     1:2006cv00316     05/16/2006
 Clifford v. FMF Capital, LLC et al
PREMIER MORTGAGE FUNDING                          cacdce     8:2006cv00399     04/13/2006
 Mark Boling v. Premier Mortgage Funding et al
PREMIER MORTGAGE FUNDING                          ohndce     1:2005cv01082     04/29/2005
 Axis Financial Group, Inc et al v. I Hire, LLC et al
PREMIER MORTGAGE FUNDING                          miedce     2:2006cv12051     05/04/2006
 Southstar Funding, L. L. C. v. Premier Mortgage Funding
PREMIER MORTGAGE FUNDING INC                      caedce     2:2004cv00107     01/15/2004
 Perry v. Taaca, et al
PREMIER MORTGAGE FUNDING INC                      scdce      2:2005cv00838     03/18/2005
 Wolf v. Turner et al
PREMIER MORTGAGE FUNDING, INC.                    flmdce     8:2004cv01307     06/09/2004
 Premier Mtg. Fund. v. Global Net Branch
PREMIER MORTGAGE FUNDING, INC.                    mddce      8:2004cv01654     05/25/2004
 McDonald v Premier Mortgage Funding, Inc.
PREMIER MORTGAGE FUNDING, INCORPORATED            miedce     2:2005cv72135     05/31/2005
 Robinson v. Guy et al
PREMIER MORTGAGE FUNDING, INCORPORATED            miedce     2:2005cv72135     05/31/2005
 Robinson v. Guy et al
PREMIER MORTGAGE FUNDING, INCORPORATED            miedce     2:2005cv72135     05/31/2005
 Robinson v. Guy et al
```

**EXHIBIT F**