

*alacourt.com's*

*Alabama SJIS Case Detail*

**EXHIBIT G**

| Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS |

### Case

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 02 | Case Number | CV 2003 001515 00 | JID | FDM | Trial | J |
| Style | JANICE DIXON VS PREMIER MORTGAGE FUNDING INC & DEBRA J WOODCOCK | | | | | | |
| Code | TOCN | Type | CONVERSION | Filed | 05022003 | Track | STANDARD |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 002 |
| DJID | JCW | Court Action | J (JURY VERDICT) 03082006 | | | For | C |
| Damages-Comp | 0002700000 | Damages-Pun | 0010000000 | Damages-Gen | | No Damages | |
| Trial Days | 0002 | Lien | | | | | |

### Settings

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 03072006 | Que 1 | 001 | Time 1 | 0900 A | Description | JTRL TRIAL - JURY |
| Date 2 | 01282005 | Que 2 | 001 | Time 2 | 0900 A | Description | REVW REVIEW |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | 06212006 | CRT | S | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

### Party 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | DIXON JANICE | | | Type | INDIVIDUAL |
| INDX | D PREMIER MORT | ANAM | | | | JID | FDM |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 205 000 0000 |
| Atty 1 | RIEMER KENNETH J | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | J (JURY VERDICT) | Date | 03082006 | For | C | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 001 | Name | PREMIER MORTGAGE FUNDING INC | | | Type | BUSINESS |
| INDX | C DIXON JANICE | ANAM | | | | JID | FDM |
| SSN | | Address 1 | 576 AZALEA ROAD | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | MOBILE AL 36609 0000 | | | Phone | 205 000 0000 |
| Atty 1 | GROGAN TIMOTHY M | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05062003 | Type | S SHERIFF | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 05152003 | Type | S SERVED PERSON | Serv On | | By | |
| Answer | 09032003 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | J (JURY VERDICT) | Date | 03082006 | For | C | Exep | O |
| AMT | 0012700000 | Cost | 0004258291 | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 3

| Party | D 002 | Name | WOODCOCK DEBRA J | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|
| INDX | C DIXON JANICE | ANAM | | | JID | FDM |
| SSN | | Address 1 | | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | AL 00000 0000 | | Phone | 205 000 0000 |
| Atty 1 | GROGAN TIMOTHY M | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05062003 | Type | S SHERIFF | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 05122003 | Type | S SERVED PERSON | Serv On | By | |
| Answer | 09032003 | Type | D COMP DENIED | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | J (JURY VERDICT) | Date | 03082006 | For | C | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05062003 | 1650 | FILE | FILED THIS DATE: 05/02/2003 (AV01) | NOC |
| 05062003 | 1650 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | NOC |
| 05062003 | 1650 | TDMJ | JURY TRIAL REQUESTED (AV01) | NOC |
| 05062003 | 1650 | TRAC | CASE ASSIGNED TO: STANDARD TRACK (AV01) | NOC |
| 05062003 | 1650 | ASSJ | ASSIGNED TO JUDGE: FERRILL D. MCRAE (AV01) | NOC |
| 05062003 | 1650 | ORIG | ORIGIN: INITIAL FILING (AV01) | NOC |
| 05062003 | 1651 | PART | DIXON JANICE ADDED AS C001 (AV02) | NOC |
| 05062003 | 1651 | ATTY | LISTED AS ATTORNEY FOR C001: RIEMER KENNETH J | NOC |
| 05062003 | 1651 | PARA | COMPLAINT & SUMMONS, GENERAL PRE-TRIAL O | NOC |
| 05062003 | 1652 | PART | PREMIER MORTGAGE FUNDING INC ADDED AS D001 (AV02) | NOC |
| 05062003 | 1652 | SUMM | SHERIFF ISSUED: 05/06/2003 TO D001 (AV02) | NOC |
| 05062003 | 1652 | PART | WOODCOCK DEBRA J ADDED AS D002 (AV02) | NOC |
| 05062003 | 1652 | SUMM | SHERIFF ISSUED: 05/06/2003 TO D002 (AV02) | NOC |
| 05062003 | 1652 | CASP | CASE ACTION SUMMARY PRINTED (AV02) | NOC |
| 05082003 | 1057 | PARA | INTERROGATORIES & REQUEST FOR PRODUCTION | NOC |
| 05292003 | 1635 | SERC | D002 SERVED SHERIFF ON 05/12/2003 | CHC |
| 06182003 | 1111 | SERC | D001 SERVED SHERIFF ON 05/15/2003 | CHC |
| 09112003 | 1134 | STAT | CASE ASSIGNED STATUS OF: READY TR (AV01) | RUP |
| 09112003 | 1134 | ATTY | LISTED AS ATTORNEY FOR D001: GROGAN TIMOTHY M | RUP |
| 09112003 | 1134 | ANSW | ANSWER OF COMP DENIED ON 09/03/2003 FOR D001(AV02) | RUP |
| 09112003 | 1147 | ATTY | LISTED AS ATTORNEY FOR D002: GROGAN TIMOTHY M | RUP |
| 09112003 | 1147 | ANSW | ANSWER OF COMP DENIED ON 09/03/2003 FOR D002(AV02) | RUP |
| 09152003 | 1455 | DAT2 | SET FOR: REVIEW ON 12/05/2003 AT 0900A (AV01) | CHL |
| 10012003 | 1136 | PRTY | PARTY ADDED X001 REGIONS BANK (AW21) | TAS |
| 10012003 | 1136 | ISSD | PARTY X001 ISSUED DATE: 10012003 TYPE: SHERIFF | TAS |
| 10162003 | 1350 | SERC | SERVICE OF SERVED PERSON ON 10032003 FOR X001 (A | TAS |
| 11102003 | 1115 | GENN | GENERAL NOTICE SENT TO: 0000 | CHL |
| 12052003 | 1207 | DAT2 | SET FOR: REVIEW ON 03/05/2004 AT 0900A (AV01) | CHL |
| 03052004 | 1338 | DAT2 | SET FOR: REVIEW ON 06/18/2004 AT 0900A (AV01) | CHL |
| 05272004 | 1505 | PRTY | PARTY ADDED X002 TITLE ASSURANCE COMPANY INC | TAS |
| 05272004 | 1505 | ISSD | PARTY X002 ISSUED DATE: 05272004 TYPE: SHERIFF | TAS |
| 06182004 | 1313 | DAT2 | SET FOR: REVIEW ON 10/22/2004 AT 0900A (AV01) | CHL |
| 06182004 | 1317 | GENN | GENERAL NOTICE SENT TO: 0000 | CHL |
| 06282004 | 1637 | SERC | SERVICE OF SERVED PERSON ON 06012004 FOR X002 (A | TAS |
| 10182004 | 1117 | DAT2 | SET FOR: REVIEW ON 10/29/2004 AT 0900A (AV01) | CAC |
| 10292004 | 1410 | DAT2 | SET FOR: REVIEW ON 01/28/2005 AT 0900A (AV25) | CHL |
| 02172005 | 1438 | DAT1 | SET FOR: TRIAL - JURY ON 05/17/2005 AT 0900A(AV01) | CHL |
| 02252005 | 0114 | DOCK | NOTICE SENT: 02/25/2005 RIEMER KENNETH J | CHL |
| 02252005 | 0114 | DOCK | NOTICE SENT: 02/25/2005 GROGAN TIMOTHY M | CHL |
| 04052005 | 1634 | GNOT | GENERAL NOTICE SENT TO: 0000 | CHL |
| 05132005 | 1156 | GNOT | GENERAL NOTICE SENT TO: 0000 | CHL |

```
05132005 1621 DAT1  SET FOR: TRIAL - JURY ON 11/15/2005 AT 0900A(AV01)      CHL
06162005 0849 GNOT  GENERAL NOTICE SENT TO: 0000                            CHL
06162005 0856 GNOT  GENERAL NOTICE SENT TO: 0000                            CHL
09012005 0134 DOCK  NOTICE SENT: 09/01/2005 RIEMER KENNETH J                CHL
09012005 0134 DOCK  NOTICE SENT: 09/01/2005 GROGAN TIMOTHY M                CHL
11072005 0854 PRTY  PARTY ADDED W001 SCHREIBER FAIRLIE LCSW (AW21)          NOC
11072005 0854 ISSD  PARTY W001 ISSUED DATE: 11072005 TYPE: SHERIFF          NOC
11162005 1256 DAT1  SET FOR: TRIAL - JURY ON 03/07/2006 AT 0900A(AV01)      CHL
11162005 1432 SERC  SERVICE OF SERVED PERSON ON 11092005 FOR W001 (A        NOC
12302005 0042 DOCK  NOTICE SENT: 12/30/2005 RIEMER KENNETH J                CHL
12302005 0042 DOCK  NOTICE SENT: 12/30/2005 GROGAN TIMOTHY M                CHL
03082006 1616 STAT  CASE ASSIGNED STATUS OF: DISPOSED (AV01)                CHL
03082006 1616 DISP  DISPOSED ON: 03/08/2006 BY (JURY VERDICT) (AV01)        CHL
03082006 1616 CACJ  COURT ACTION JUDGE: JAMES C WOOD (AV01)                 CHL
03082006 1616 PDIS  C001 DISPOSED BY (JURY VERDICT) ON 03/08/2006           CHL
03082006 1616 PDIS  D001 DISPOSED BY (JURY VERDICT) ON 03/08/2006           CHL
03082006 1616 PDIS  D002 DISPOSED BY (JURY VERDICT) ON 03/08/2006           CHL
06212006 1434 APPL  APPEALED ON: 06/21/2006 IN SUPREME COURT (AV01)         CAC
06222006 1507 STYL  JANICE DIXON VS PREMIER MORTGAGE FUNDING INC ET AL      SHC
06222006 1515 JAMT  JUDGMENT OF: $127000.00 VS. D001 ON 03/08/2006          SHC
06222006 1515 JCST  COSTS OF: $42582.91 VS. D001 ON 03/08/2006 (AV02)       SHC
06222006 1516 JCER  JUDGEMENT CERTIFICATE PREPARED                          SHC
06222006 1516 D001  ADDR1 CHANGED FROM: DEBRA J WOODCOCK (AV02)             SHC
06222006 1516 D001  ADDR2 CHANGED FROM: 576 AZALEA ROAD (AV02)              SHC
```