AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Elrick Harris

V.

Option One Mortgage Corp.; H&R Block
Mortgage Corp.; Premier Mortgage Funding, Inc.;
Morgan Title Service, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv630ID

TO: (Name and address of Defendant)

OPTION ONE MORTGAGE CORPORATION
c/o THE CORPORATION COMPANY, Registered Agent
2000 INTERSTATE PARK DR., STE. 204
MONTGOMERY, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL  35064

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                         7/20/06

CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Elrick Harris

V.

Option One Mortgage Corp.; H&R Block
Mortgage Corp.; Premier Mortgage Funding, Inc.;
Morgan Title Service, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:06cv630ID

TO: (Name and address of Defendant)

H&R BLOCK MORTGAGE CORPORATION
c/o THE CORPORATION COMPANY, Registered Agent
2000 INTERSTATE PARK DR., STE. 204
MONTGOMERY, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL  35064

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           7/20/06

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

Elrick Harris

V.

Option One Mortgage Corp.; H&R Block
Mortgage Corp.; Premier Mortgage Funding, Inc.;
Morgan Title Service, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:06cv630ID

TO: (Name and address of Defendant)

PREMIER MORTGAGE FUNDING, INC.
c/o THE CORPORATION COMPANY, Registered Agent
2000 INTERSTATE PARK DR., STE. 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL 35064

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                    7/20/06

CLERK                                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____

Elrick Harris

**SUMMONS IN A CIVIL ACTION**

V.

Option One Mortgage Corp.; H&R Block
Mortgage Corp.; Premier Mortgage Funding, Inc.;
Morgan Title Service, LLC

CASE NUMBER:   2:06cv630ID

TO: (Name and address of Defendant)

MORGAN TITLE SERVICES, LLC
c/o IRIS MORGAN
117 WINDSOR CIRCLE
PELHAM, AL  35124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL  35064

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                    7/20/06

CLERK                                                                    DATE

(By) DEPUTY CLERK