| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Connie [illegible]   7/21 |
| 1. Article Addressed to:<br><br>H&R Block Mortgage Corporation<br>c/o The Corporation Company,<br>Registered Agent<br>2000 Interstate Park Dr., Ste. 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2: 06CV630-ID<br>S+C |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0750 0002 5513 8155 |

PS Form 3811, February 2004    Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _C.____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>C. _inslu_  7/21 |
| 1. Article Addressed to:<br><br>Premier Mortgage Funding, Inc.<br>c/o The Corporation Company,<br>Registered Agent<br>2000 Interstate Park Dr., Ste. 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06cv630-ID<br>S+C    (20) |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0750 0002 5513 8148 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540