AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Elrick Harris

V.

Option One Mortgage Corp.; H&R Block Mortgage Corp.; Premier Mortgage Funding, Inc.; Morgan Title Service, LLC

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:06cv630ID

TO: (Name and address of Defendant)

MORGAN TITLE SERVICES, LLC
c/o IRIS MORGAN
117 WINDSOR CIRCLE
PELHAM, AL 35124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL 35064

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              8/22/06
CLERK                                                           DATE

(By) DEPUTY CLERK