AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Elrick Harris

V.

Option One Mortgage Corp.; H&R Block Mortgage Corp.; Premier Mortgage Funding, Inc.; Morgan Title Service, LLC

**ALIAS SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv630ID

TO: (Name and address of Defendant)

MORGAN TITLE SERVICES, LLC
c/o IRIS MORGAN
117 WINDSOR CIRCLE
PELHAM, AL 35124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL 35064

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                               8/22/06
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8/24/06 |
| NAME OF SERVER *(PRINT)* Vinston Hanson | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

117 Windsor Cir., Pelham, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): hand delivered to husband at residence. IRIS MORGAN was at the residence but would not accept the summons so I handed it to the husband in her presence & informed her that she had been served with a summons

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/24/06
                     Date                     Signature of Server

4401 Gary Ave Fairfield AL 35064
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.