IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELRICK HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-630-ID |
| | ) |
| OPTION ONE MORTGAGE | ) |
| CORPORATION, H&R BLOCK | ) |
| MORTGAGE CORPORATION, PREMIER | ) |
| MORTGAGE FUNDING, INC., and | ) |
| MORGAN TITLE SERVICE, LLC., | ) |
| | ) |
| Defendants. | ) |

## JOINDER AND ADOPTION OF
## REPORT OF PARTY PLANNING MEETING

COMES NOW the Defendant, Morgan Title Services, LLC, and adopts and joins in the previously filed Report of Party Planning Meeting.

Respectfully submitted,

_____
BENJAMIN J. ESPY / ESP006
One of the Attorneys for Defendant, Morgan
Title Services, LLC

OF COUNSEL:

Joseph C. Espy, III / ESP002
MELTON, ESPY & WILLIAMS, P.C.
P. O. Box 5130
Montgomery, AL  36103-5130
(334) 263-6621
FAX: (334) 263-7252

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that I have served a copy of the foregoing upon the listed counsel of record, via CM/ECF and/or by placing same in the United States Mail, postage prepaid and properly addressed, on this the _26_ day of October, 2006:

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY
4401 Gary Avenue
Fairfield, AL 35064
bekatty@bellsouth.net

Chad W. Bryan
Richard H. Allen
CAPELL HOWARD
P.O. Box 2069
Montgomery, AL 36102-2069
cwb@chlaw.com
rha@chlaw.com

Stephen Andrew Walsh
ADAMS & REESE / LANG SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203-3367
stephen.walsh@arlaw.com

_____
Of Counsel

2