# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ELRICK HARRIS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION NO.** |
| **OPTION ONE MORTGAGE** ) | |
| **CORPORATION, H&R BLOCK** ) | **2:06-cv-630-ID** |
| **MORTGAGE CORPORATION,** ) | |
| **PREMIER MORTGAGE** ) | |
| **FUNDING, INC.; AND MORGAN** ) | |
| **TITLE SERVICE, LLC,** ) | |
| ) | |
|     **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT

**COME NOW** the defendants, Option One Mortgage Corporation and H&R Block Mortgage Corporation and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure certify the following:

1.    H&R Block Mortgage Corporation, a Massachusetts corporation, is a wholly owned subsidiary of Option One Mortgage Corporation, a California corporation, and an indirectly, wholly owned subsidiary of H&R Block, Inc., a publicly traded company.

2.    Option One Mortgage Corporation, a California corporation, is a wholly owned subsidiary of Block Financial Corporation, a Missouri corporation,

618467-1

and an indirectly, wholly owned subsidiary of H&R Block, Inc., a publicly traded company.

                                              /s/ Stephen A. Walsh
                                              Stephen A. Walsh
                                              Attorney for Defendants
                                              Option One Mortgage Corporation and
                                              H&R Block Mortgage Corporation

**OF COUNSEL:**

ADAMS AND REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama  35203-3367
Telephone:  (205) 250-5000
Facsimile:  (205) 250-5034

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert E. Kirby, Jr., Esq. | Richard M. Allen, Esq. |
| Smith, Hanson & Kirby, LLC | Chad W. Bryan, Esq. |
| Attorney for Plaintiff | Capell & Howard |
| 4401 Gary Avenue | 150 South Perry Street |
| Fairfield, AL 35064 | Montgomery, AL 36104 |

Benjamin J. Espy
Melton Espy & Williams, PC
P. O. Drawer 5130
Montgomery, AL 36103-5130

                                              /s/ Stephen A. Walsh
                                              OF COUNSEL