# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **ELRICK HARRIS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**OPTION ONE MORTGAGE** )<br>**CORPORATION, H&R BLOCK** )<br>**MORTGAGE CORPORATION,** )<br>**PREMIER MORTGAGE** )<br>**FUNDING, INC.; AND MORGAN** )<br>**TITLE SERVICE, LLC,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br><br>**2:06-cv-630-ID** |

## UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDMENT TO ANSWER OF DEFENDANTS

**COME NOW** defendants, Option One Mortgage Corporation and H&R Block Mortgage Corporation and move this Honorable Court for permission to file the attached First Amendment to Answer of defendants. In support of this motion, defendants state as follows:

1.  Defendants have not previously sought to amend their answer in this case.

2.  This motion has been filed within the time established by this Court's scheduling order for defendants to amend their answer.

3.  Plaintiff will not be unduly prejudiced if this amendment is allowed.

619519-1

4. The undersigned defense counsel has spoken with plaintiff's counsel, and plaintiff's counsel does not oppose this motion.

WHEREFORE, premises considered, defendants respectfully request that they be allowed to file the attached First Amendment to Answer of Defendants.

Respectfully submitted,

/s/ Stephen A. Walsh
Stephen A. Walsh
Attorney for Defendants
Option One Mortgage Corporation and
H & R Block Mortgage Corporation

**OF COUNSEL:**

ADAMS AND REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama  35203-3367
Telephone:   (205) 250-5000
Facsimile:   (205) 250-5034

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kirby, Jr.  
Smith, Hanson & Kirby, LLC  
4401 Gary Avenue  
Fairfield, AL 35064

Richard M. Allen  
Chad W. Bryan  
Capell & Howard  
150 South Perry Street  
Montgomery, AL 36104

Joseph C. Espy, III  
Melton Espy & Williams, PC  
P. O. Drawer 5130  
Montgomery, AL 36103-5130

                /s/ Stephen A. Walsh  
                OF COUNSEL