IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELRICK HARRIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 2:06cv630-ID |
| v. | ) |
| | ) |
| **OPTION ONE MORTGAGE CORP.,** | ) |
| et al., | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of the unopposed motion for leave to file first amendment to answer, (Doc. No. 17), filed by Defendants Option One Mortgage Corporation and H&R Block Mortgage Corporation, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 8th day of December, 2006.

                    /s/ Ira Dement
                    SENIOR UNITED STATES DISTRICT JUDGE