IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ELRICK HARRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION NO.** |
| **OPTION ONE MORTGAGE** | ) | |
| **CORPORATION, H&R BLOCK** | ) | **2:06-cv-630-ID** |
| **MORTGAGE CORPORATION,** | ) | |
| **PREMIER MORTGAGE** | ) | |
| **FUNDING, INC.; AND MORGAN** | ) | |
| **TITLE SERVICE, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

### FIRST AMENDMENT TO ANSWER OF DEFENDANTS

**COME NOW** defendants Option One Mortgage Corporation and H&R Block Mortgage Corporation and hereby amend their Answer to plaintiff's Complaint to assert the following additional defense:

### TWENTY-EIGHTH DEFENSE

Some or all of plaintiff's claims are barred under the economic loss rule.

Respectfully submitted,

/s/ Stephen A. Walsh
Stephen A. Walsh
Attorney for Defendants
Option One Mortgage Corporation and
H&R Block Mortgage Corporation

615910-1

**OF COUNSEL:**

ADAMS AND REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama 35203-3367
Telephone: (205) 250-5000
Facsimile: (205) 250-5034

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert E. Kirby, Jr. | Richard M. Allen |
| Smith, Hanson & Kirby, LLC | Chad W. Bryan |
| Attorney for Plaintiff | Capell & Howard |
| 4401 Gary Avenue | 150 South Perry Street |
| Fairfield, AL 35064 | Montgomery, AL 36104 |

Joseph C. Espy, III
Melton Espy & Williams, PC
P. O. Drawer 5130
Montgomery, AL 36103-5130

                              /s/ Stephen A. Walsh
                              OF COUNSEL