# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **ELRICK HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| **OPTION ONE MORTGAGE** | ) |
| **CORPORATION, H&R BLOCK** | ) 2:06-cv-630-ID |
| **MORTGAGE CORPORATION,** | ) |
| **PREMIER MORTGAGE** | ) |
| **FUNDING, INC.; AND MORGAN** | ) |
| **TITLE SERVICE, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Plaintiff Elrick Harris and Defendants Option One Mortgage Corporation, H&R Block Mortgage Corporation, Premier Mortgage Funding, Inc., and Morgan Title Service, LLC hereby jointly move the Court to extend the dispositive motion deadline from March 5, 2007 to May 5, 2007.  As grounds for this motion, the parties state as follows:

1.   On September 21, 2006, this Court entered a Scheduling Order which set the discovery cutoff on May 31, 2007, and the dispositive motion deadline on March 5, 2007.

635978-1

2. Plaintiff's counsel is under court order to complete discovery in three Hurricane Katrina related cases and therefore the parties are in need of additional time to complete discovery in this case prior to the dispositive motion deadline.

3. The parties are also actively engaged in settlement discussions and believe that this extension will facilitate the on-going negotiations.

4. The parties do not believe that any other deadlines in the Scheduling Order will need to be extended as a result of this request.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff and Defendants respectfully request this Court to extend the dispositive motion deadline to May 5, 2007.

Respectfully submitted,

/s/ Robert E. Kirby, Jr.
Robert E. Kirby, Jr.
Attorney for Plaintiff

**OF COUNSEL:**

Smith, Hanson & Kirby, LLC
Attorney for Plaintiff
4401 Gary Avenue
Fairfield, AL 35064
Telephone:   (205) 786-3775
Facsimile:   (205) 780-8540

/s/ Richard H. Allen
Richard H. Allen
Chad W. Bryan
Attorneys for Premier Mortgage
Funding, Inc.

**OF COUNSEL:**

Capell & Howard
150 South Perry Street
Montgomery, AL 36104
Telephone:   (334) 241-8000
Facsimile:   (334) 241-8219

/s/ Joseph C. Espy, III
Joseph C. Espy, III
Attorney for Morgan Title Service, LLC

**OF COUNSEL:**

Melton Espy & Williams, PC
P. O. Drawer 5130
Montgomery, AL 36103-5130
Telephone:   (334) 263-6621
Facsimile:   (334) 263-7252

635978-1                                3

                                              /s/ Stephen A. Walsh
                                              Stephen A. Walsh
                                              Attorney for Defendants
                                              Option One Mortgage Corporation and
                                              H&R Block Mortgage Corporation

**OF COUNSEL:**

ADAMS AND REESE LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama  35203-3367
Telephone:   (205) 250-5000
Facsimile:   (205) 250-5034