IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELRICK HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 2:06cv630-ID |
| v. | ) |
| | ) |
| **OPTION ONE MORTGAGE CORP.,** | ) |
| et al., | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Before the court is a joint motion to extend dispositive motion deadline (Doc. No. 20), filed on February 12, 2007. For the reasons to follow, the court finds that the motion is due to be granted, but only to the extent that the court will grant an extension of the dispositive motion deadline to and including March 15, 2007.

Plaintiff and Defendants request a three-month extension of the March 5, 2007, dispositive motion deadline imposed by the court. The court recognizes the difficulties which can arise during the discovery period; however, an extension of the dispositive motion deadline to May 5, 2007,[1] simply would not afford the court sufficient time to consider and rule on a summary judgment motion prior to the pretrial hearing which is set on June 15, 2007.[2] Regarding the parties' contention that the discovery deadline does not

---

[1] An extension of the deadline to May 5, in effect, would constitute an extension until May 7, as May 5 is a Saturday.

[2] To ensure that the parties have adequate time to thoroughly prepare for trial on the relevant claims, it is the court's practice to rule on all dispositive motions prior to the pretrial hearing.

expire until May 31, 2007, the court directs the parties to the "Frequently Asked Questions" section of the Middle District of Alabama web site at www.almd.uscourts.gov, which explains why the Uniform Scheduling Order establishes a dispositive motion deadline prior to the end of the period allowed for discovery.

Accordingly, it is CONSIDERED and ORDERED that the parties' joint motion to extend dispositive motion deadline be and the same is hereby GRANTED to and including March 15, 2007, but is otherwise DENIED.

DONE this 14th day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE