# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ELRICK HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | |
| **OPTION ONE MORTGAGE** ) | **2:06-cv-630-ID** |
| **CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated by all parties hereto that this action is dismissed with prejudice, each party to bear his or its own attorneys' fees, expenses and costs.

This the 23rd day of March, 2007.

Respectfully submitted,

/s/ Robert E. Kirby, Jr.
Robert E. Kirby, Jr.
Attorney for Plaintiff

**OF COUNSEL:**

The Kirby Law Firm
P.O. Box 606
Columbiana, Alabama 35051
Telephone: (205) 669-5282
bkirby@bkirbylaw.com

639824-1

        /s/ Richard H. Allen
        Richard H. Allen
        Chad W. Bryan
        Attorneys for Premier Mortgage Funding, Inc.

**OF COUNSEL:**

Capell & Howard
150 South Perry Street
Montgomery, AL 36104
Telephone: (334) 241-8000
rha@chlaw.com

        /s/ Benjamin Joseph Espy
        Benjamin Joseph Espy
        Attorney for Morgan Title Services, LLC

**OF COUNSEL:**

Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
bespy@mewlegal.com

        /s/ Stephen A. Walsh
        Stephen A. Walsh
        Attorney for Defendants Option One Mortgage
        Corporation and H&R Block Mortgage
        Corporation

**OF COUNSEL:**

Adams and Reese, LLP
2100 Third Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 250-5000
stephen.walsh@arlaw.com