IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ELRICK HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv630-ID |
| v. | ) |
| | ) |
| **OPTION ONE MORTGAGE CORP.,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the joint stipulation of dismissal, filed on March 23, 2007 (Doc. No. 22), and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is ORDERED that the above-styled cause be and the same is hereby DISMISSED with prejudice, with the parties to bear their own costs, expenses and attorney's fees.

Done this 26th day of March, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE